IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01651-MSK-BNB

KATHY NOVOSAD, and
STEPHEN NOVOSAD, individually, and as parents of DN,

Plaintiffs,

v.

ALEXANDER CRAVEN BROWN,
KEITH BROWN,
LINDA BROWN,
JOHN MAJERUS,
SETH PARRISH,.
ST. VRAIN VALLEY SCHOOL DISTRICT NO. RE-1J, a Colorado public school district,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)     **Motion for Fed. R. Civ. P. 35(a) Mental Examination of Plaintiff DN** [Doc. # 34, filed 2/15/06] (the "Rule 35 Motion"); and

(2)     **Stipulated Motion for Extension of Time to Designate Affirmative and Rebuttal Expert Witnesses** [Doc. # 35, filed 2/15/06] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Rule 35 Motion is GRANTED. DN shall submit to a mental examination by Dr. Samuel Wagonfeld, M.D. The examination shall consist of not more than three meetings, each meeting not to exceed one hour, during which time Dr. Wagonfeld may

conduct a general mental examination of DN, including interviews of DN and such testing as to which the parties may agree. If the parties disagree about a specific test, that matter may be brought to me by a separate motion. The examination shall be conducted at Dr. Wagonfeld's office at 2410 St. Paul Street, Suite 301, Denver, Colorado, on such dates and at such times as the parties may agree.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED, and the case schedule is modified to the following extent:

**Fact Discovery Cut-Off:** May 31, 2006

**Expert Discovery Cut-Off:** August 11, 2006

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 1, 2006**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 3, 2006**

IT IS FURTHER ORDERED that the dispositive motion deadline of June 15, 2006, is not altered by this order.

Dated March 14, 2006.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge