IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01651-MSK-BNB

KATHY NOVOSAD, and
STEPHEN NOVOSAD, individually and as parents and
next friends of DN, a minor,

        Plaintiffs,

v.

ACB,
KEITH BROWN,
LINDA BROWN,
JOHN MAJERUS,
SETH PARRISH, and
ST. VRAIN VALLEY SCHOOL DISTRICT RE1J,

        Defendants.

## SUPPLEMENTAL ORDER

Pursuant to D.C.COLO.LCivR 54.1 and the Court's Order **(#49)** of dismissal, it is further ordered that each side shall bear their own costs.

Dated this 19th day of May, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge