IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01651-MSK-BNB

KATHY NOVOSAD, and
STEPHEN NOVOSAD, individually and as parents and
next friends of DN, a minor,

        Plaintiffs,

v.

ACB, a minor,[1]
KEITH BROWN,
LINDA BROWN,
JOHN MAJERUS,
SETH PARRISH, and
ST. VRAIN VALLEY SCHOOL DISTRICT RE1J,

        Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on Plaintiffs' Motion for Permission to Amend Complaint (**#51**) filed May 23, 2006.  A review of the Motion indicates that Plaintiffs have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

---

[1] According to the Complaint, ACB turned 16 years of age in May 2005.  Therefore, he remains a minor.  Pursuant to the Privacy Policy set forth in the Electronic Case Filing Procedures for Civil Cases, the caption is amended to delete reference to ACB's full name.

Dated this 24th day of May, 2006.

                                              **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                              Marcia S. Krieger
                                              United States District Judge